Jurisdiction is not retained.

598 A.2d 876

STANLEY BROWN v. BOARD OF REVIEW.

June 27, 1991.

Petition for certification granted, and the matter is summarily remanded to the Appellate Division for reconsideration in the

light of *Brambila v. Board of Review*, 124 *N.J.* 425, 591 *A.*2d 605 (1991).

Jurisdiction is not retained.